IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JERRY PREYER,
    Plaintiff,

vs.                              Case No. 3:04cv394/RV/EMT

ESCAMBIA COUNTY SHERIFF'S
OFFICE,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

    This cause is before the court upon referral from the clerk.  Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (Doc. 1).

    On February 16, 2005, the court entered an order (Doc. 8) directing Plaintiff to file a completed application for leave to proceed in forma pauperis or pay the $150.00 filing fee within thirty (30) days of entry of the order.  Plaintiff failed to comply with this order.  Therefore, on April 12, 2005, this court issued an order requiring Plaintiff to show cause why this action should not be dismissed for failure to prosecute and failure to comply with an order of the court (Doc. 9).  The time for compliance with the show cause order has now elapsed with no response from Plaintiff.  Further, Plaintiff has filed nothing since February 1, 2005, evidencing his intent to abandon the prosecution of this cause.

    Accordingly, it is respectfully **RECOMMENDED**:

    That this case be **DISMISSED without prejudice** for Plaintiff's failure to prosecute and failure to comply with an order of the court.

At Pensacola, Florida, this 17th day of May, 2005.

                                    /s/ *Elizabeth M. Timothy*
                                    ELIZABETH M. TIMOTHY
                                    UNITED STATES MAGISTRATE JUDGE

**NOTICE TO THE PARTIES**

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).**